IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EPITACIO RESENDEZ § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. 1-15-CV-1082 RP |
| SCOTTSDALE INSURANCE COMPANY, § | |
| LOUIS A. WILLIAMS & ASSOCIATES, § | |
| INC., AND DAVID IMMEL § | |
| § | |
| Defendants. § | |

## UNOPPOSED JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Epitacio Resendez and Defendants Louis A. Williams & Associates, Inc. (Williams) and David Immel (Immel) and file this joint motion to dismiss and would respectfully show unto the court as follows:

1. This matter was originally filed in Travis County District Court and removed to the Western District, Austin Division. Docket #1, Notice of Removal. Plaintiff filed a motion to remand on the grounds that Plaintiff, Williams and Immel were all Texas residents. Docket #10, Motion to Remand. Scottsdale Insurance Company (Scottsdale) filed a response to the Motion to Remand, asserting that Defendants Williams and Immel were improperly joined and that Texas law does not impose the duty Plaintiff alleges was breached by Williams and Immel. Docket #13, Scottsdale's Response to Motion to Remand.

2. By written order dated February 26, 2016, this Honorable Court denied the motion to remand, determining that "Plaintiff's pleading falls short of providing a reasonable basis for the Court to conclude Plaintiff can recover against Williams and Immel." Docket #15 at p. 7. Accordingly, in light of the Court's determination that Plaintiff's pleading does not state

a claim on which Plaintiff can recover against Williams and Immel, the parties respectfully request the Court to dismiss all claims against Williams and Immel.

3. The parties have conferred with counsel for Scottsdale, who do not oppose this Motion to Dismiss.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants Williams and Immel respectfully request this Court to dismiss with prejudice the claims asserted against Defendants Williams and Immel in this cause.

Respectfully submitted,

PULMAN, CAPPUCCIO, PULLEN,
BENSON & JONES, LLP
2161 NW Military Highway, Suite 400
San Antonio, TX 78213
210-222-9494
210-892-1610 – fax
epullen@pulmanlaw.com
ssweet@pulmanlaw.com

By: _Eric A. Pullen (with permission)_
Eric A. Pullen
SBN 24007881
Sarah A. Sweet
SBN 24088292

ATTORNEYS FOR PLAINTIFF

WRIGHT & GREENHILL, P.C.
900 Congress Avenue, Suite 500
Austin, Texas 78701
512/476-4600
512/476-5382 (Fax)
rpringle@w-g.com

By: /s/ Ron Pringle
Brantley Ross Pringle, Jr.
State Bar No. 16330001

ATTORNEYS FOR DEFENDANT
LOUIS A. WILLIAMS & ASSOCIATES,
INC.


GERSTLE, MINISSALE & SNELSON, LLP
4849 Greenville Avenue, Suite 1500
Dallas, TX 75206
214-368-6440
214-978-4044 – fax
dana.minissale@gmsattorneys.com

By: /s/ Dana L. Minissale (with permission)
Dana L. Minissale
State Bar No. 18191583

ATTORNEYS FOR DEFENDANT DAVID
IMMEL

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2016, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically serve a Notice of Electronic Filing on the following attorneys of record:

Eric A. Pullen
Sarah A. Sweet
PULMAN, CAPPUCCIO, PULLEN, BENSON & JONES, LLP
2161 NW Military Highway, Suite 400
San Antonio, TX  78213
epullen@pulmanlaw.com
ssweet@pulmanlaw.com

Patrick M. Kemp
Robert G. Wall
SEGAL MCCAMBRIDGE SINGER & MAHONEY
100 Congress Avenue, Suite 800
Austin, TX  78701
pkemp@smsm.com
rwall@smsm.com

Dana L. Minissale
GERSTLE, MINISSALE & SNELSON, LLP
4849 Greenville Avenue, Suite 1500
Dallas, TX  75206
dana.minissale@gmsattorneys.com

_____
Brantley Ross Pringle, Jr.