IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EPITACIO RESENDEZ | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 1-15-CV-1082 RP |
| SCOTTSDALE INSURANCE COMPANY, LOUIS A. WILLIAMS & ASSOCIATES, INC., AND DAVID IMMEL | § § § § | |
| Defendants. | § § | |

### ORDER

CAME ON THIS DATE to be heard the Unopposed Joint Motion to Dismiss. The Court hereby grants the motion and DISMISSES with prejudice all claims and causes of action against Defendants Louis A. Williams & Associates, Inc. and David Immel.

SIGNED this 21st day of March 2016.

HON. ROBERT PITTMAN
UNITED STATES DISTRICT JUDGE