IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EPITACIO RESENDEZ § | |
| § | |
| v. § | CIVIL ACTION NO. 1:15-cv-1082-RP |
| § | |
| SCOTTSDALE INSURANCE COMPANY, § | |
| LOUIS A. WILLIAMS & ASSOCIATES, INC., § | |
| & DAVID IMMEL § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Epitacio Resendez ("Plaintiff") and Defendant Scottsdale Insurance Company ("Defendant") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(A)(1)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by a plumbing leak which occurred on or about October 5, 2014.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

*Eric A. Pullen* (signature)

Eric A. Pullen
Texas Bar No. 24007881
Sarah A. Sweet
Texas Bar No. 24088292
Pulman, Cappuccio, Pullen, Benson & Jones LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone (210) 222-9494
Facsimile (210) 892-1610

**ATTORNEYS FOR PLAINTIFF**

/s/ *Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
100 Congress Ave., Suite 800
Austin, Texas 78701
Telephone (512) 476-7834
Facsimile (512) 476-7832

**ATTORNEYS FOR DEFENDANT SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 30th of September, 2016 to:

Eric A. Pullen
Sarah A. Sweet
Pulman, Cappuccio, Pullen, Benson & Jones LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
epullen@pulmanlaw.com
ssweet@pulmanlaw.com

/s/ *Patrick M. Kemp*
Patrick M. Kemp